**Order entered October 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01320-CV

### IN RE R&L CARRIERS, INC., ET AL., Relators

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-16041**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relators' petition for writ of mandamus and motion for emergency stay. We **ORDER** that relators bear the costs of this original proceeding.

/s/    MOLLY FRANCIS
        JUSTICE